**METRIC CONSTRUCTORS, INC. v. INDUSTRIAL RISK INSURERS**

[330 N.C. 439 (1991)]

METRIC CONSTRUCTORS, INC. v. INDUSTRIAL RISK INSURERS AND CAPITAL STOCK COMPANIES

No. 180A91

(Filed 6 December 1991)

ON appeal by the plaintiff from a divided panel of the Court of Appeals and petition for discretionary review by Industrial Risk Insurers of the decision of the Court of Appeals, 102 N.C. App. 59, 401 S.E.2d 126 (1991), vacating and remanding the judgment of *Booker, J.,* at the 21 February 1990 session of Superior Court, FORSYTH County. Heard in the Supreme Court on 14 November 1991.

*Bell, Davis & Pitt P.A., by Joseph T. Carruthers and Howell A. Burkhalter, for plaintiff-appellant/appellee.*

*Dean & Gibson, by Rodney A. Dean and Michael G. Gibson, for defendant-appellee/appellant.*

PER CURIAM.

Affirmed.